**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE VARGAS-SAAVEDRA, | No. 11-71259 |
| Petitioner, | |
| v. | Agency No. A078-752-344 |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 10, 2016
Seattle, Washington

Before: EBEL,[**] PAEZ, and BYBEE, Circuit Judges.

Jose Vargas-Saavedra petitions for review of the Board of Immigration

Appeals' order dismissing his appeal from an immigration judge's decision

denying adjustment of status. We have jurisdiction under 8 U.S.C. § 1252. We

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable David M. Ebel, Senior Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

review de novo questions of law. *Garfias-Rodriguez v. Holder*, 702 F.3d 504, 512 n.6 (9th Cir. 2012) (en banc). We grant Vargas's petition for review and remand.

The BIA erred in applying *In re Torres-Garcia*, 23 I. & N. Dec. 866 (BIA 2006), against Vargas retroactively. *See Acosta-Olivarria v. Lynch*, 799 F.3d 1271, 1275–77 (9th Cir. 2015). Like the petitioner in *Acosta-Olivarria*, Vargas applied for adjustment of status and paid fees in the window between our decision permitting petitioners like him to seek adjustment of status, *see Perez-Gonzales v. Ashcroft*, 379 F.3d 783, 789 (9th Cir. 2004), and the BIA's first decision calling this line of cases into question, *see Torres-Garcia*, 23 I. & N. Dec. 866. It was thus reasonable for Vargas to rely on our decision in *Perez*. *See Acosta-Olivarria*, 799 F.3d at 1275–77.

There is no significant factual difference between Vargas's situation and the one presented in *Acosta-Olivarria*; we thus conclude that the BIA's holding in *Torres-Garcia* does not apply retroactively to bar Vargas's application for adjustment. We remand to the BIA to adjudicate Vargas's application for adjustment of status.

**PETITION FOR REVIEW GRANTED; REMANDED.**